FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EZEQUIEL CHRISTOPHER BARRAGAN,<br><br>　　　　Defendant. | CR No. CR 18 00053-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(c), (e): Production of Child Pornography; 18 U.S.C. § 2423(b): Travel with Intent to Engage in Illicit Sexual Conduct with a Minor; 18 U.S.C. § 2423(c): Engaging in Illicit Sexual Conduct with a Minor in Foreign Places] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(c), (e)]

Between on or about August 6, 2009, and on or about August 17, 2009, defendant EZEQUIEL CHRISTOPHER BARRAGAN ("BARRAGAN") knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, C.T., who at that time was approximately 16 years old, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2)(A), outside of the United States, its territories, or possessions, namely, in China, for the purpose of producing a visual depiction of such conduct, and

1 | defendant BARRAGAN intended such visual depiction to be transported
2 | to the United States, and did transport such visual depiction to the
3 | United States, namely, to the Central District of California.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

[18 U.S.C. § 2423(b)]

Between on or about July 7, 2009, and on or about August 17, 2009, defendant EZEQUIEL CHRISTOPHER BARRAGAN, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to China, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a minor, namely, to engage in commercial sex acts with C.T., who at that time was approximately 16 years old, and to engage in the production of child pornography.

COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about July 7, 2009, and on or about August 17, 2009, defendant EZEQUIEL CHRISTOPHER BARRAGAN ("BARRAGAN"), a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to China, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a minor, in that defendant BARRAGAN engaged in commercial sex acts with C.T., who at that time was approximately 16 years old, and engaged in the production of child pornography.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

Scott Garringer
Deputy Chief, Criminal Division for:

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

VANESSA BAEHR-JONES
Assistant United States Attorney
Violent and Organized Crime
Section

4