NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAMARIS DIAZ (Cal. Bar No. 277524)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0302
    Facsimile: (213) 894-3713
    E-mail:    damaris.diaz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-53-AB |
|---|---|
| Plaintiff, | PROTECTIVE ORDER GOVERNING CONFIDENTIAL DISCOVERY |
| v. | |
| EZEQUIEL CHRISTOPHER BARRAGAN, | |
| Defendant. | |

    The Court has read and considered the parties' Stipulated Protective Order Regarding Confidential Discovery. For good cause shown, the Court orders as follows:

    1. The government may produce to defendant EZEQUIEL CHRISTOPHER BARRAGAN's ("defendant") defense team (defined as: counsel of record for defendant and any defense attorney, investigator, paralegal, assistant, or expert assisting counsel of record for defendant) certain discovery related to witnesses and victims, which include identifying and personal information of

witnesses and victims as well as sensitive information related to victims (collectively referred to as the "confidential materials").

2. The government shall label any materials subject to the protective order as "CONFIDENTIAL."

3. Defense counsel may provide access to, disclose the contents of, and show confidential materials to other members of the defense team. However, before doing so, defense counsel must first ensure that those members of the defense team review the protective order and agree to be bound by its terms.

4. Members of the defense team shall not show confidential materials, or disclose the contents of confidential materials, to anyone outside of the defense team, except the defendant. The defense team agrees that defendant will not maintain possession of the confidential materials, though defendant may review the confidential materials in the presence of his defense team.

5. Members of the defense team shall maintain the confidential materials in a secure area and exercise reasonable care to ensure the confidentiality of the confidential materials.

6. The defense team shall use the confidential materials only for the purposes of this criminal case, which includes any appeal filed by defendant. Defendant and his defense team further agree that within 90 days of the conclusion of this criminal action, including any appeal, the defense team shall either: (1) return the confidential materials to the government (including all copies) and all non-privileged notes, non-privileged memoranda, and other non-privileged documents containing information obtained from the confidential materials; or (2) destroy the confidential materials and certify in writing to counsel for the government that the

confidential materials (including all copies) and notes, memoranda, and documents containing information obtained from the confidential materials have been destroyed.

7. Absent a separate order from the Court, the parties shall not file with the Court any document that contains confidential materials, or discloses the contents of confidential materials, unless the document is filed under seal.

IT IS SO ORDERED.

Dated: April 11, 2018  _____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

___/s/_____
DAMARIS DIAZ
Assistant United States Attorney